# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 21-42846-MLO | Trustee Name: | Wendy Turner Lewis |
| --- | --- | --- | --- |
| Case Name: | WILSON, ALIYAH | Date Filed (f) or Converted (c): | 03/31/2021 (f) |
| For the Period Ending: | 6/30/2021 | §341(a) Meeting Date: | 05/06/2021 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Normal household furniture and appliances | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 | 3 TVs, cell phone, 3 tablets | $1,500.00 | $0.00 | | $0.00 | FA |
| 3 | Everyday wearing apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Checking account: Bank of America | $36.00 | $0.00 | | $0.00 | FA |
| 5 | Other financial account: Cashapp | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Other financial account: NetSpend | $76.00 | $0.00 | | $0.00 | FA |
| 7 | Security deposit on rental unit Security Deposit | $900.00 | $0.00 | | $0.00 | FA |
| 8 | Ford Lawsuit | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | (SEXUAL HARASSMENT); | | | | | |
| 9 | Expected 2020 Federal Refund | $6,203.00 | $0.00 | | $0.00 | FA |
| 10 | Child Support - Corey Williams, Child Support - Stephen Allen | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Garnished wages within 90 days of filing | $300.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**   $11,015.00   $0.00

**Gross Value of Remaining Assets**   $0.00   $0.00

**Major Activities affecting case closing:**
06/30/2021   TRUSTEE TO INVESTIGATE PENDING SEXUAL HARASSMENT LAWSUIT;
06/30/2021   TRUSTEE TO EMPLOY ATTORNEY (ROD GLUSAC, ESQ.);

| Initial Projected Date Of Final Report (TFR): | 06/30/2024 |
| --- | --- |
| Current Projected Date Of Final Report (TFR): | 06/30/2024 |

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS
Chapter 7 Bankruptcy Trustee
444 West Willis, Suite 101
Detroit, Michigan 48201
313.832.5555
wtlewis@outlook.com
P39505