FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 21-42846 | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|
| Case Name: | WILSON, ALIYAH | | Date Filed (f) or Converted (c): | 03/31/2021 (f) |
| For the Period Ending: | 06/30/2021 | | §341(a) Meeting Date: | 05/06/2021 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Normal household furniture and appliances | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 3 TVs, cell phone, 3 tablets | $1,500.00 | $0.00 | | $0.00 | FA |
| 3 Everyday wearing apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 Checking account: Bank of America | $36.00 | $0.00 | | $0.00 | FA |
| 5 Other financial account: Cashapp | $0.00 | $0.00 | | $0.00 | FA |
| 6 Other financial account: NetSpend | $76.00 | $0.00 | | $0.00 | FA |
| 7 Security deposit on rental unit Security Deposit | $900.00 | $0.00 | | $0.00 | FA |
| 8 Ford Lawsuit | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: (SEXUAL HARASSMENT); | | | | | |
| 9 Expected 2020 Federal Refund | $6,203.00 | $0.00 | | $0.00 | FA |
| 10 Child Support - Corey Williams, Child Support - Stephen Allen | $0.00 | $0.00 | | $0.00 | FA |
| 11 Garnished wages within 90 days of filing | $300.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$11,015.00     $0.00     $0.00     $0.00

**Major Activities affecting case closing:**
06/30/2021   TRUSTEE TO INVESTIGATE PENDING SEXUAL HARASSMENT LAWSUIT;
06/30/2021   TRUSTEE TO EMPLOY ATTORNEY (ROD GLUSAC, ESQ.);
06/30/2021   341 CREDITORS MEETING WAS RECORDED ON ZOOM VIDEO;

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2024 | /s/ WENDY TURNER LEWIS | |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2024 | WENDY TURNER LEWIS | |

Chapter 7 Bankruptcy Trustee
444 West Willis, Suite 101
Detroit, Michigan 48201
313.832.5555
wtlewis@outlook.com
P39505