UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

ALIYAH WILSON,

        Debtor.

_____/

Case No. 21-42846-mlo
Chapter 7
Judge Oxholm

## SECOND AMENDED VERIFIED STATEMENT RE: TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

Wendy Turner Lewis, Chapter 7 Trustee for the estate of Aliyah Wilson, by her attorneys, Bernardi, Ronayne & Glusac, P.C., submits the attached Second Amended Verified Statement of Special Counsel.

                              BERNARDI, RONAYNE & GLUSAC, P.C.

Dated: August 3, 2021        /s/Rodney M. Glusac
                                       Attorney for Trustee
                                       1058 Maple Street
                                       Suite 100
                                       Plymouth, MI 48170
                                       (734) 416-1780
                                       rodg@brgpc.com
                                       (P43756)

# SECOND AMENDED VERIFIED STATEMENT OF SPECIAL COUNSEL

Cyril C. Hall states:

1. I am an attorney licensed in the State of Michigan and a member of the firm of Hall Makled, P.C., whose office is located at 1 23756 Michigan Avenue, Suite 300, Dearborn, Michigan 48124 (the "Firm").

2. To the best of my knowledge, information, and belief, the Firm does not represent or hold any interest adverse to the estate with respect to the matter on which the Firm is to be employed.

2. The Firm has no connections with the Debtor, creditors, or any other party in interest, their respective known attorneys or accountants, the United States Trustee or any other person employed by the United States Trustee, except that the Firm was retained by the Debtor pre-petition to prosecute the action for which the Trustee seeks to employ it.

3. Neither I nor any member of the Firm represents or holds any interest adverse to the estate.

4. The Firm is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code.

5. The Firm has not made any agreement to share compensation in this case and I know of no reason why the Firm should not act as special counsel for the Trustee.

6. I declare under penalty of perjury that the preceding statements are true and correct to the best of my knowledge, information, and belief.

Dated: August 3, 2021 /s/ Cyril C. Hall
Cyril C. Hall