UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

ALIYAH WILSON,

        Debtor.
_____/

Case No. 21-42846-mlo
Chapter 7
Judge Oxholm

### **ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL**

Wendy Turner Lewis, the Chapter 7 Trustee, having filed her Application for Authority to Employ Special Counsel; the Court having considered the Application and being duly advised in the premises:

IT IS ORDERED that the Trustee is authorized under 11 U.S.C. § 327(e) to employ Hall Makled, P.C., for the matters listed in her Application, pursuant to the terms and conditions set forth in the Application and the retainer agreement attached thereto.

IT IS FURTHER ORDERED that compensation shall be paid after application and Court Order authorizing payment.

**Signed on August 4, 2021**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**