UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

ALIYAH WILSON,

          Debtor.

Case No. 21-42846-mlo
Chapter 7
Judge Oxholm

_____/

**STIPULATION FOR ENTRY OF ORDER FOR EXAMINATION OF THE
DEBTOR PURSUANT TO FED. R. BANKR. P. 2004 AND AMENDING
DEBTOR'S EXEMPTIONS**

      Wendy Turner Lewis, the Chapter 7 Trustee, and the Debtor, Aliyah Wilson,

stipulate to the entry of the attached proposed Order.

| | |
|---|---|
| BERNARDI, RONAYNE<br>& GLUSAC, P.C. | JAAFAR LAW GROUP PLLC |
| /s/Rodney M. Glusac | /s/David Ienna |
| Attorney for Trustee | Attorney for Debtor |
| 1058 Maple Street, Suite 100 | 1 Parklane Blvd., Suite 729 East |
| Plymouth, MI 48170 | Dearborn, MI 48126 |
| (734) 416-1780 | (888) 324-7629 |
| rodg@brgpc.com | david@fairmaxlaw.com |
| (P43756) | (P77170) |

Dated: August 11, 2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

ALIYAH WILSON,

         Debtor.

Case No. 21-42846-mlo
Chapter 7
Judge Oxholm

_____/

## ORDER FOR EXAMINATION OF THE DEBTOR PURSUANT TO FED. R. BANKR. P. 2004 AND AMENDING DEBTOR'S EXEMPTIONS

Wendy Turner Lewis, the Chapter 7 Trustee (the "Trustee"), and the Debtor, Aliyah Wilson (the "Debtor"), having filed their Stipulation approving the entry of this Order; and the Court being duly advised in the premises:

IT IS ORDERED that pursuant to Fed. R. Bankr. P. 2004 and E.D. Mich. LBR 2004-1, the Debtor shall attend and testify at an examination on Wednesday, August 11, 2021, at 4:00 p.m. via Zoom, which be conducted by the Trustee's attorney.

IT IS FURTHER ORDERED that Schedule B is amended to reflect the total amount of the Debtor's 2020 Federal tax refund and her 2020 State of Michigan tax refund, which is $10,508.00.

IT IS FURTHER ORDERED that the Debtor's exemptions of personal property under 11 U.S.C. § 522(d)(5) are amended as follows:

| Asset | Current Exemption | Amended Exemption |
|---|---|---|
| Bank of America (checking) | $36.00 | $36.00 |
| NetSpend (other) | $76.00 | $76.00 |
| Security Deposit | $900.00 | $0.00 |

1

**EXHIBIT 1**

| | | |
|---|---|---|
| Ford lawsuit | $5,060.00 | $3,280.00 |
| 2020 Federal and State refunds | $6,203.00 | $10,508.00 |
| Garnished wages | $300.00 | $0.00 |