UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

ALIYAH WILSON,

    Debtor.
_____/

Case No. 21-42846-mlo
Chapter 7
Judge Oxholm

**ORDER FOR EXAMINATION OF THE DEBTOR PURSUANT TO
FED. R. BANKR. P. 2004 AND AMENDING DEBTOR'S EXEMPTIONS**

Wendy Turner Lewis, the Chapter 7 Trustee (the "Trustee"), and the Debtor, Aliyah Wilson (the "Debtor"), having filed their Stipulation approving the entry of this Order; and the Court being duly advised in the premises:

IT IS ORDERED that pursuant to Fed. R. Bankr. P. 2004 and E.D. Mich. LBR 2004-1, the Debtor shall attend and testify at an examination on Wednesday, August 11, 2021, at 4:00 p.m. via Zoom, which be conducted by the Trustee's attorney.

IT IS FURTHER ORDERED that Schedule B is amended to reflect the total amount of the Debtor's 2020 Federal tax refund and her 2020 State of Michigan tax refund, which is $10,508.00.

IT IS FURTHER ORDERED that the Debtor's exemptions of personal property under 11 U.S.C. § 522(d)(5) are amended as follows:

| Asset | Current Exemption | Amended Exemption |
|---|---|---|
| Bank of America (checking) | $36.00 | $36.00 |
| NetSpend (other) | $76.00 | $76.00 |
| Security Deposit | $900.00 | $0.00 |

1

| | | |
|---|---:|---:|
| Ford lawsuit | $5,060.00 | $3,280.00 |
| 2020 Federal and State refunds | $6,203.00 | $10,508.00 |
| Garnished wages | $300.00 | $0.00 |

**Signed on August 11, 2021**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**