Form ntcclmdbtr

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **21−42846−mlo**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
　Aliyah Wilson
　4500 Firestone Street, Unit 12
　Dearborn, MI 48126

Social Security No.:
　xxx−xx−8236

Employer's Tax I.D. No.:

## NOTICE RE: FILING OF CLAIM BY DEBTOR/TRUSTEE

**NOTICE IS HEREBY GIVEN** that on 4/13/22 a claim was filed by the Debtor/Trustee on behalf of Merchants & Medical Credit Corporation, Inc. in the amount of $ 353.00 .

Dated: 4/14/22

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　Todd M. Stickle , Clerk of Court
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT

In re:                                                       Case No. 21-42846-mlo
Aliyah Wilson                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2                               User: admin                               Page 1 of 1
Date Rcvd: Apr 14, 2022                     Form ID: clmdbtr                       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Aliyah Wilson, 4500 Firestone Street, Unit 12, Dearborn, MI 48126 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 27271279 | + Email/Text: bankruptcy@mermed.com | Apr 14 2022 21:24:00 | Merchants & Medical Credit Corporation, Inc., 6324 Taylor Dr., Flint, MI 48507-4685 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2022                     Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Ross Ienna | on behalf of Debtor Aliyah Wilson david@fairmaxlaw.com 5960@notices.nextchapterbk.com |
| Rodney M. Glusac | on behalf of Trustee Wendy Turner Lewis rodg@brgpc.com |
| Wendy Turner Lewis | wtl@trustesolutions.net trusteelewis@outlook.com |

TOTAL: 3