

**6324 TAYLOR DRIVE • FLINT, MICHIGAN 48507-4685 • FAX (810) 239-9966 • PHONE (810) 239-3030**

April 20, 2022

Wendy Turner Lewis, Ch7 Trustee
444 West Willis St
Suite 101
Detroit, MI 48201

Re: Aliyah Wilson
Case: 21-42846-mlo

Please withdraw Claim #6 for Merchants & Medical Credit Corporation, Inc for $353.00 in the above listed case. Merchants no longer handles this debt.

If you have any questions, please feel free to call.

Thank you for your cooperation.

*Mariea Jones*
Mariea Jones
**Merchants & Medical** | Bankruptcy Clerk / Electronic Transfer | Tel: (810) 239-3030 x459 | Fax: (810) 239-9966 |
mjones@mermed.com

THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.