UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

ALIYAH WILSON,

            Debtor.
_____/

Case No. 21-42846-mlo
Chapter 7
Judge Oxholm

**ORDER GRANTING TRUSTEE'S MOTION
TO SETTLE FEDERAL COURT LAWSUIT**

Wendy Turner Lewis, the Chapter 7 Trustee, having filed her Motion to Settle Federal Court Lawsuit (the "Motion"); notice of the Motion having been properly given to all creditors and parties in interest; no objections to the Motion having been timely filed; and the Court being otherwise fully advised in the premises:

IT IS ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the Trustee, Wendy Turner Lewis, is authorized to settle the Debtor's interests in a lawsuit filed in the U.S. District Court for the Eastern District of Michigan, captioned as *Aliyah Wilson v. Ford Motor Company, Brian Watkins, Donald Wiggins, Robert Fraogos, A. Sloan, Jimmy Williams, Sherry Sweet, Wissam (Sam) Faraj, Gabriel Green, Brittany Pryor, Bryant Watkins, Kevin Camm, Rolando Kennedy, Andrew Robichaud, Kevin Drager and Samantha B.*, Case No. 19-cv-12784, for the amount of $125,000.00, pursuant to the

1

terms of the Motion and the confidential Settlement Agreement executed by the Trustee, the Debtor, and Ford Motor Company.

IT IS FURTHER ORDERED that the Trustee is authorized to execute any documents necessary to consummate this settlement.

**Signed on July 8, 2022**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge